NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2007-3188

IDA M. GILMORE,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Ronnie L. Williams, Law Offices of Ronnie L. Williams, of Mobile, Alabama, argued for petitioner.

Sean B. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Donald E. Kinner, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3188

IDA M. GILMORE,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      AT0752050325-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA and DYK, <u>Circuit Judges</u>, and MORAN, <u>Senior District Judge</u>).[*]

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>January 23, 2008</u>      <u>/s/ Jan Horbaly</u>
                                         Jan Horbaly, Clerk

---

[*]      Honorable James B. Moran, Senior District Judge, United States District Court for the Northern District of Illinios, sitting by designation.